

# Missouri Court of Appeals
## Southern District

## NOVEMBER 6, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.     Case No.  SD33041

       Re:     STATE OF MISSOURI,
               Plaintiff-Respondent,
               v.
               MORRIS ALEXANDER McCABE,
               Defendant-Appellant.